# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et. al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 15-51386 (CSS) |
| v. | ) |
| | ) |
| TEXAS TRANSMISSION INVESTMENT LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| OVATION ACQUISITION I, L.L.C. and OVATION ACQUISITION II, L.L.C., | ) |
| | ) |
| Intervenor Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| TEXAS TRANSMISSION INVESTMENT LLC, | ) **Re: Adv. D.I. 37, 87, 135** |
| | ) |
| Defendant. | ) |

## THIRD SUPPLEMENT TO SCHEDULING ORDER

At the direction of the Court and upon the agreement of Plaintiff Energy Future Holdings Corp. ("EFH"), Intervenor Plaintiffs Ovation Acquisition I, L.L.C. and Ovation Acquisition II,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at www.efbcaseinfo.com.

RLF1 14064853v.1

L.L.C., and Defendant Texas Transmission Investment LLC (each a "Party," and collectively the "Parties") with respect to the modification of certain of the deadlines previously established by this Court in the *Scheduling Order*, dated December 10, 2015 [Adv. D.I. 37] (the "Scheduling Order") to govern certain matters in connection with the above-captioned adversary proceeding (the "Adversary Proceeding"); and the Court having previously entered its *Supplement to Scheduling Order*, dated January 28, 2016 [Adv. D.I. 87] (the "First Supplement") pursuant to which the Court modified, on consent of the Parties, one of the deadlines set forth in the Scheduling Order; and the *Second Supplement to Scheduling Order*, dated February 24, 2016 [Adv. D.I. 135] (the "Second Supplement"), pursuant to which the Court modified, on consent of the Parties, three of the deadlines set forth in the Scheduling Order and the First Supplement; and consistent with the record of the telephonic hearing held before the Court on February 26, 2016, and the Parties having also agreed, pursuant to paragraph 1 of the Scheduling Order, to the modification of certain additional deadlines set forth in the Scheduling Order; and sufficient cause appearing for entry of this further supplement to the Scheduling Order, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. **Oral Argument on Motions for Summary Judgment and Motion for a Determination.** Oral argument on the Parties' respective motions for summary judgment and TTI's motion for a determination that the Court lacks authority to enter a final judgment or order in this proceeding shall be held before the Court on **March 21, 2016 at 12:30 p.m. (Eastern Daylight Time).**

2. **Pre-Trial Order.** The Parties shall submit a joint pre-trial order pursuant to Local Rule for the United States Bankruptcy Court for the District of Delaware 7016-2(d) within **two (2) business days** of receiving the Court's decision on the Parties' respective motions for summary judgment.

RLF1 14064853v.1

3.  **Pre-Trial Conference.** The pre-trial conference shall be held on a date and time, to be determined by the Court, during or after **the week of April 4, 2016.**

4.  **Pre-Trial Briefs.** No Party shall be required to file pre-trial briefs, and the deadline for filing of March 8, 2016, established by the Scheduling Order, shall no longer be in effect.

5.  **Trial.** Trial on any remaining issues shall be held, to the extent necessary, beginning at **10:00 a.m. (Eastern Daylight Time) on April 11, 12, 13, and 15, 2016.**

6.  **Dates Set Forth in This Order.** All of the dates set forth in the Scheduling Order, the First Supplement, or the Second Supplement, as the case may be, shall remain in full force and effect except to the extent expressly modified by the terms of this Order. Any deadline contained in the Scheduling Order, the First Supplement, the Second Supplement, or this Order may be extended in the Court's discretion (i) for good cause shown by further order of the Court based upon a motion filed and served by any of the Parties or (ii) through the filing of an agreed request and further order under a certification of counsel.

7.  **Service of This Order.** EFH shall serve this Order on counsel to each of the other Parties to the Adversary Proceeding within one (1) business day after the entry of this Order.

Dated: March ___, 2016
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE